# VELVA L. PRICE
## Travis County District Clerk
Travis County Courthouse Complex
P.O. Box 679003
Austin, Texas 78767-9003



January 30, 2015


Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. BOX 12547
Austin, Texas 78711-2547

Dear Mr. Kyle:

A clerk's record in cause number, D-1-GN-12-001696; 03-15-00009-CV, styled, *Byron C. Wilder and Barbara A. Wilder vs. Citicorp Trust Bank, FSB etl al* is due in your office on Monday, February 2, 2015. This office is notifying you that it has not received payment for the record as of January 30, 2015.

If you have any questions please contact me at (512) 854-3229.

Sincerely,


Kirby Hernandez
Deputy Court Clerk

cc:      David Rogers
         Andrew Schumacher
         Court File